UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JENNIFER RIVERA                                    CASE NO.
                                                   07-CV-6134
                          Plaintiff,               (KMK) (MDF)


              -against-                             **Rule 7.1 Statement**


DR. ERIC ENRIQUEZ,
                          Defendant.

_____


Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court
to evaluate possible disqualification or recusal, the undersigned counsel for
Defendant, Dr. Eric Enriquez, (a private non-governmental party) certifies
that the following are corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held.

There are no such corporate parents, affiliates and/or subsidiaries of said party
which are publicly held.

**Date: August 31, 2007**

**s/ Adam Garth**
**AG 8970**
**Larkin, Axelrod, Ingrassia & Tetenbaum, LLP**
**Attorneys for Defendant**
**356 Meadow Avenue**
**Newburgh, NY 12550**
**(845) 566-5345**