UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JENNIFER RIVERA                                      CASE NO.
                                                     07-CV-6134
                          Plaintiff,                (KMK) (MDF)

        -against-

DR. ERIC ENRIQUEZ,
                        Defendant.
_____

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Adam Garth**

X   *Attorney*

X   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AG 8970

    I am a Pro Hac Vice attorney

    I am a Government Agency attorney

X   *Law Firm/Government Agency Association*

From: Larkin Axelrod Trachte & Tetenbaum LLP

To:   Larkin, Axelrod, Ingrassia & Tetenbaum, LLP

X   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

X   *Address:* 356 Meadow Avenue, Newburgh, NY 12550
X   *Telephone Number:* (845) 566-5345
X   *Fax Number:* (845) 902-4395
X   *E-Mail Address:* agarth@laitlaw.com

Dated: August 31, 2007

s/ Adam Garth
AG 8970