UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVERA

v

ENRIQUEZ

Order Declaring Case Eligible
or Ineligible for Mediation

07Civ. 6134 (MDF)

To the Clerk of Court:

1. This case is determined to be:

   ___ A. Not eligible for mediation because the case is:
      ___ i. A social security case.
      ___ ii. A tax matter.
      ___ iii. A Pro Se case.
      ___ iv. A prisoners' civil rights case.

   ___ B. Not eligible for mediation as otherwise determined by the Court.

   ✓ C. Eligible for mediation subject to the limitations and restrictions noted below.

   If the case has been determined eligible for mediation:
      ✓ i. All issues are eligible.
      ___ ii. Only specific issue(s) is eligible (cite issue(s)).

        The entire mediation process is confidential.  The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties otherwise agree.  The identity of the Mediator is not to be disclosed even to the Court.  However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to so administer or evaluate the program and parties, counsel and Mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

SO ORDERED.

Date: 3/27/08
White Plains, New York

_____
MARK D. FOX
UNITED STATES MAGISTRATE JUDGE