UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Jennifer Rivera

                 Plaintiff,           07 CIVIL 6134 (MDF)

      -against-

Dr. Eric Enriquez

                 Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Adam Garth, counsel for defendant

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       AG 8970

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Larkin Axelrod Ingrassia & Tetenbaum

    To: Law Offices of Michael Lamonsoff

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☒ I am no longer counsel of record on the above-entitled case. Judge Fox was advised of same + approved same on March 28, 2008 and approved same. John Tuckach, Esq. will substitute as counsel for defendant

☒ Address: 80 Maiden Lane, New York, NY 10038

☒ Telephone Number: 212-962-1020

☒ Fax Number: _____

☒ E-Mail Address: agarth@mllegal.com

Dated: 4/10/08

                          ADAM GARTH