SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

Jennifer Rivera

Plaintiff(s)

against

DOCKET NO. 07CIV 6134(MDF)

Dr. Eric Enriquez

Defendant(s)

ORDER OF DISCONTINUANCE

This action having been called before the Court, and the attorneys for all parties, advised the Court that all claims asserted herein have been settled as set forth in the transcript of hearing this date, It Is

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to any party, with leave to re-open on notice solely to enforce the settlement.

DATED: July    , 2008

Plaintiffs Attorney,

[signature]

Michael H Sussman

Date 7/10/08

Defendants Attorney,

[signature]

John Tackett 7/10/08

SO ORDERED:

[signature]

HON. MARK D. FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____